UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **U.S. BANK NATIONAL ASSOCIATION,**<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>**ROTONDA R. LLOPIS AND GERALD LLOPIS,**<br><br>　　　Defendants. | Case No.: 15-cv-5723 YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; REMANDING CASE FOR LACK OF SUBJECT MATTER JURISDICTION; ORDERING PRE-FILING REVIEW** |

　　　The Court has reviewed Magistrate Judge Corley's Report and Recommendation recommending remand of this action to the Solano County Superior Court because this Court lacks subject matter jurisdiction over this unlawful detainer action.  (Dkt. No. 6.)  No party has filed an objection to the Report.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.

　　　Accordingly, and for the reasons set forth in the Report, the above-captioned action is **REMANDED** to the Solano County Superior Court.

　　　It is further **ORDERED** that before filing any further notices of removal of Solano County Superior Court case number FCM 122581, defendant Rotonda R. Llopis must first file a motion with the Court seeking leave to file a notice of removal.  Any such motion must include: (1) a copy of Judge Corley's Report and Recommendation issued in this case; (2) a copy of this Order; and (3) a copy of the proposed notice of removal.  The Clerk of the Court shall not accept for filing any further notices of removal of Solano County Superior Court case number FCM 122581 unless accompanied by an order from the undersigned granting leave to file the removal papers.

　　　This Order terminates Case Number 15-cv-5723.

　　　**IT IS SO ORDERED.**

Date: January 8, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**